The appellant was indicted, tried and convicted for grand larceny.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.

## Stinson v. The State.

APPEAL from Cherokee Circuit Court.

Tried before the Hon. J. A. BILBRO.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling spirituous, vinous and malt liquors without a license and contrary to law.

On the review of the evidence on the present appeal, the court holds that the general affirmative charge requested by the defendant should have been given.

The judgment of conviction is reversed and the cause remanded.

Opinion by TYSON, J.

## Burrell v. The State.

APPEAL from Hale County Court.

Tried before the Hon. W. C. CHRISTIAN.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was prosecuted, tried and convicted for gaming.

The judgment of conviction is affirmed.

Opinion by DOWDELL. J.